UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DETROIT,<br>STEPHEN CASSINI, and<br>DONALD BUSSA,<br><br>    Defendants. | Case No. 20-12711<br>Honorable Laurie J. Michelson |

### ORDER GRANTING MOTION FOR RECONSIDERATION AND REMANDING STATE LAW CLAIMS TO STATE COURT

This case started in state court and was removed by the Defendants. In a prior order, the Court declined to exercise supplemental jurisdiction over Michael Oliver's state-law claims. At the end of its order, the Court stated, "Counts IV through VII of Oliver's complaint are DISMISSED WITHOUT PREJUDICE." (ECF No. 7, PageID.54.)

Oliver has filed a motion for reconsideration. He states, "Plaintiff respectfully requests that this Court allow re-hearing and reconsideration of its October 16, 2020 Order to dismiss Plaintiff's state claims, and requests that this Court remand Plaintiff's state claims to Wayne County Circuit Court where Plaintiff properly brought this suit." (ECF No. 8, PageID.63.)

For the reasons stated in Oliver's motion for reconsideration, the Court vacates its prior order (ECF No. 7) to the extent it dismissed Counts IV through VII (and only to that

extent). The Court still declines to exercise supplemental jurisdiction for the reasons set forth in its prior order and REMANDS Counts IV through VII to Wayne County Circuit Court.

SO ORDERED.

Dated: October 23, 2020

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
