UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL OLIVER,

     Plaintiff,                   CASE NO.  20-12711
                                      HON. LAURIE J. MICHELSON

-vs-

DONALD BUSSA, in his
Individual and official capacity,
STEPHEN CASSINI, an individual
And the CITY OF DETROIT,
Jointly and Severally,

     Defendants.

| | |
|---|---|
| DAVID A. ROBINSON (P38754) | PATRICK M. CUNNINGHAM |
| BRANDON MCNEAL (P81300) | (P67643) |
| Robinson and Associates, P.C. | City of Detroit Law Department |
| Attorneys for Plaintiff | Attorneys for City of Detroit and Bussa |
| 28145 Greenfield Rd., Suite 100 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 423-7234 | (313) 237-5032 |
| davidrobinsonlaw@gmail.com | cunninghamp@detroitmi.gov |
| | |
| THOMAS E. KUHN (P37924) | AUDREY J. FORBUSH (P41744) |
| Co-Counsel for Plaintiff | Plunkett Cooney |
| 615 Griswold Street, Ste. 515 | Attorneys for Defendant Cassini |
| Detroit, MI 48226 | 111 E. Court St., Ste. 1B |
| (313) 963-522 | Flint, MI 48502 |
| tekuhn@ahol.com | aforboush@plunkettcooney.com |

## DONALD BUSSA'S ANSWER TO PLAINTIFF'S COMPLAINT

 **NOW COMES** Defendant DONALD BUSSA, by and through his counsel, and for his answer to Plaintiff's complaint, states as follows:

## <u>PARTIES</u>

1. Answering paragraph 1 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

2. Answering paragraph 2 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

3. Answering paragraph 3 of plaintiff's complaint, the City of Detroit is a municipal corporation located in Wayne County, Michigan.

4. Answering paragraph 4 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

## <u>JURISDICTION AND VENUE</u>

5. Answering paragraph 5 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

6.  Answering paragraph 6 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

7.  Answering paragraph 7 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

8.  Answering paragraph 8 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

## FACTUAL ALLEGATIONS

9.  Answering paragraph 9 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

10. Answering paragraph 10 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

11. Answering paragraph 11 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

12. Answering paragraph 12 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

13. Answering paragraph 13 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

14. Answering paragraph 14 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

15. Answering paragraph 15 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

16. Answering paragraph 16 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

17. Answering paragraph 17 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

4

18. Answering paragraph 18 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

19. Answering paragraph 19 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

20. Answering paragraph 20 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

21. Answering paragraph 21 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

22. Answering paragraph 22 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

23. Answering paragraph 23 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

24. Answering paragraph 24 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

25. Answering paragraph 25 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

26. Answering paragraph 26 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

## COUNT I
## 42 USC 1983 AGAINST BUSSA

27. Answering paragraph 27 of plaintiff's complaint, defendant incorporates his preceding responses.

28. Answering paragraph 28 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

29. Answering paragraph 29 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

6

30. Answering paragraph 30 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

## COUNT II
## MUNICIPAL LIABILITY AGAINST DEFENDANT CITY OF DETROIT
## UNDER 42 USC 1983

31. Answering paragraph 31 of plaintiff's complaint, defendant incorporates his preceding responses.

32. Answering paragraph 32 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

33. Answering paragraph 33 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

34. Answering paragraph 34 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

## COUNT III
## EQUAL PROTECTION UNDER THE 14th AMENDMENT

35. Answering paragraph 35 of plaintiff's complaint, defendant incorporates his preceding responses.

7

36.Answering paragraph 36 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

37.Answering paragraph 37 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

38.Answering paragraph 38 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

## COUNT IV
## ELLIOTT LARSON (sic)
## VIOLATION OF PUBLIC ACCOMMODATION OF PUBLIC SERVICE AT MCL 37.2301 AGAINST THE CITY OF DETROIT

**This count of plaintiff's complaint has been remanded to the Wayne County Circuit Court.  See ECF No. 9, PageID.120**

39.Answering paragraph 39 of plaintiff's complaint, defendant incorporates his preceding responses.

40.Answering  paragraph  40  of  plaintiff's  complaint,  defendant  denies  the allegations contained therein for the reason that they are untrue in the manner and form alleged.

41. Answering paragraph 41 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

42. Answering paragraph 42 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

43. Answering paragraph 43 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

44. Answering paragraph 44 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

45. Answering paragraph 45 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

46. Answering paragraph 46 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

47. Answering paragraph 47 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

## COUNT V
## NEGLIGENCE AGAINST CASSINI

**This count of plaintiff's complaint has been remanded to the Wayne County Circuit Court.  See ECF No. 9, PageID.120**

48. Answering paragraph 48 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

49. Answering paragraph 49 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

50. Answering paragraph 50 of plaintiff's complaint, including all subparagraphs, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

## COUNT VI
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**This count of plaintiff's complaint has been remanded to the Wayne County Circuit Court.  See ECF No. 9, PageID.120**

10

51.Answering paragraph 51 of plaintiff's complaint, defendant incorporates his preceding responses.

52.Answering paragraph 52 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

53.Answering paragraph 53 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

54.Answering paragraph 54 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

### COUNT VII
### GROSS NEGLIGENCE

**This count of plaintiff's complaint has been remanded to the Wayne County Circuit Court.  See ECF No. 9, PageID.120**

55.Answering paragraph 55 of plaintiff's complaint, defendant incorporates his preceding responses.

56.Answering paragraph 56 of plaintiff's complaint, including all subparagraphs, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

57. Answering paragraph 57 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

58. Answering paragraph 58 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

59. Answering paragraph 59 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

60. Answering paragraph 60 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form alleged.

61. Answering paragraph 61 of plaintiff's complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies the allegations.

62. Answering paragraph 62 of plaintiff's complaint, defendant denies the allegations contained therein for the reason that they are untrue in the manner and form al

**WHEREFORE**, Defendant requests that this Honorable Court dismiss

Plaintiff's complaint with prejudice, and award Defendant costs and attorney fees

wrongfully incurred.

                                                   Respectfully submitted,

                                                 /s/ Patrick M. Cunningham
                                              PATRICK M. CUNNINGHAM (P67643)
                                              City of Detroit Law Department
                                              Attorneys for City of Detroit and Bussa
                                              2 Woodward Avenue, Suite 500
                                              Detroit, MI 48226
                                              (313) 237-5032

DATED: November 25, 2020          cunninghamp@detroitmi.gov

## AFFIRMATIVE DEFENSES

1. Governmental immunity and or qualified immunity and or testimonial immunity render defendants immune to plaintiff's claims.

2. Defendants did not violate any of Plaintiff's clearly established constitutional rights.

3. Defendants acted in good faith, without malice, within the scope of their employment and were performing a discretionary function. As such, defendants are entitled to qualified immunity and are immune to all state intentional torts.

4. Plaintiff has failed to state a claim upon which relief can be granted.

5. Any injury suffered by plaintiff was proximately caused by their own conduct and/or the conduct of third parties.

6. Any injury suffered by plaintiff was proximately caused by their own wrongdoing, including serious wrongdoing that gives rise to the wrongful conduct defense.

7. Plaintiff failed to mitigate their damages.

8. Plaintiff's claims are barred, in whole or in part, by the lapsing of the applicable statute(s) of limitation.

9. To the extent, if any, that defendants, or anyone acting at the direction of or in concert with defendants, used force against plaintiff, each such use of force

was privileged and lawful because the force was reasonably applied in the execution of a lawful arrest, in the lawful performance of other police duties, with the plaintiff's consent, in self-defense, or in the defense of others.

10. At all relevant times, defendants acted with objective good faith and therefore have qualified immunity from liability on plaintiff's claims.

11. The arrest, seizure and/or imprisonment of plaintiff was supported by probable cause, exigent circumstances and/or a valid warrant.

12. Plaintiff has failed to join every legal and equitable claim arising from the incident central to the lawsuit.

13. Detention and/or search of plaintiff's person or property or entry onto or into Plaintiff's property, if any, was based on a valid search/arrest warrant and/or probable cause to believe a crime had been committed and/or reasonable suspicion that a crime had been committed.  Search of plaintiff's person or property may have also been based on consent, exigent circumstances or hot pursuit.  Any detention and/ or search was reasonable to investigate whether a crime had been committed and/or to complete necessary administrative processing.  Any custodial searches were also protective for officer safety and search incident to arrest/ticketing.

14. The federal right supporting plaintiff's claim is not sufficiently clear.  Thus, defendants did not know they would violate an individual's rights.  *Anderson v. Creighton,* 483 US 635; 97 L.Ed.2d 523; 107 S.Ct. 3034 (1987).

15. Plaintiff suffered no damages, or their damages are *de minimis*.

16. Plaintiff's claims are barred by *Heck v Humphrey*, 512 U.S. 477, at 486-487, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994).

17. Plaintiff's claims are barred by collateral estoppel and res judicata.

18. The City of Detroit or Detroit Police Department did not have or otherwise adopt any customs, policies and/or procedures which caused or otherwise were the moving force behind any constitutional violations alleged in Plaintiff's complaint, nor did any such alleged customs, policies and/or procedures originate from a decision maker with final policy making authority.  Further, Defendants did not ratify, accept and/or otherwise condone any constitutional violations alleged in Plaintiff's complaint.   Finally, Defendants did not act with deliberate indifference as to known or obvious consequences with respect to the activities alleged in Plaintiff's complaint and/or as to any constitutional violations, nor is there any widespread practice of constitutional violations and/or failure to take corrective action regarding the same with regard to discipline, supervision, or training.

Respectfully submitted,

/s/ Patrick M. Cunningham
PATRICK M. CUNNINGHAM (P67643)
City of Detroit Law Department
Attorneys for City of Detroit and Bussa
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5032
DATED: November 25, 2020          cunninghamp@detroitmi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2020, I electronically filed the foregoing

with the clerk of the Court using the ECF system which will send notification and a

copy of this filing to the attorneys of record.

/s/ Patrick M. Cunningham

4