## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHAEL OLIVER,

      Plaintiff,               CASE NO. 20-12711
                                     HON. LAURIE J. MICHELSON

-vs-

DONALD BUSSA, in his
Individual and official capacity,
And the CITY OF DETROIT,
Jointly and Severally,

Defendants.

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO DISCOVERY REQUESTS

NOW COME the parties through counsel and hereby stipulate that:

    Defendants time to respond to Plaintiff's Combined Discovery Request Directing Interrogatories and Request for Production of Documents Directed to All Defendants shall be extended by 14 days.

/s/ David A. Robinson         /s/ Patrick M. Cunningham
DAVID A. ROBINSON (P38754)   PATRICK M. CUNNINGHAM (P67643)
Attorney for Plaintiff           Attorney for Defendants

**Certificate of Service**

I hereby certify that on **January 8, 2021,** I electronically filed the foregoing papers with the Court Clerk using the ECF system, which will send notice to counsel of record.

/s/ *Patrick M. Cunningham*