UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL OLIVER,

    Plaintiff,                   CASE NO. 20-12711
                                      HON. LAURIE J. MICHELSON

-vs-

DONALD BUSSA, in his
Individual and official capacity,
and the CITY OF DETROIT,
Jointly and Severally,

    Defendants.

| DAVID A. ROBINSON (P38754) | PATRICK M. CUNNINGHAM |
|---|---|
| BRANDON MCNEAL (P81300) | (P67643) |
| Robinson and Associates, P.C. | City of Detroit Law Department |
| Attorneys for Plaintiff | Attorneys for City of Detroit and Bussa |
| 28145 Greenfield Rd., Suite 100 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 423-7234 | (313) 237-5032 |
| davidrobinsonlaw@gmail.com | cunninghamp@detroitmi.gov |
| THOMAS E. KUHN (P37924) | |
| Co-Counsel for Plaintiff | |
| 615 Griswold Street, Ste. 515 | |
| Detroit, MI 48226 | |
| (313) 963-522 | |
| tekuhn@ahol.com | |

## DEFENDANTS' LAY WITNESS LIST

1. Donald Bussa – Detroit Police Department

2. Stephen Cassani

3. Joseph Dabliz – Detroit Police Department

4. Stevie Posey – Detroit Police Department

5. Christopher Potts – Detroit Police Department

6. Russell McIntosh – Detroit Police Department

7. J.L. Morgan – Detroit Police Department

8. T. Ahmed – Detroit Police Department

9. M.D. Harris – Detroit Police Department

10. L.D. Peacock – Detroit Police Department

11. J.F. Bradford – Detroit Police Department

12. D.D. Bellamy – Detroit Police Department

13. Chimene Irvin – Detroit Police Department

14. Larry Campbell – Detroit Police Department

15. Uriah Sufana – Detroit Police Department

16. Martin Lawrence – Detroit Police Department

17. Michael Kazyak – Wayne County Prosecutor's Office

18. Art Thompson – Detroit Police Department

19. Ariq Tosqui – Detroit Police Department

20. Raymond Hughes – Detroit Police Department

21. Erin N. Danno – Wayne County Prosecutor's Office

22. Stamatia Tsakos – Detroit Police Department

23. Jack Fennessey – Detroit Police Department

24. Brian Surma – Wayne County Prosecutor's Office

25. Andrea Ford-Ayler

26. Lenora Crawford

27. Andre Jackson

28. Officers of the Ferndale Police Department

29. Employees or other agents of Dataworks Plus

30. Employees or other agents of the Federal Bureau of Investigation

31. Richard Jackson, M.D. or another suitable expert in psychiatry

32. Calmeze Dudley, M.D. or another suitable expert in psychiatry

33. Jeffrey Kezlarian, M.D. or another suitable expert in psychiatry

34. Craig Lemmen, M.D. or another suitable expert in psychiatry

35. Mauricio Kohn, Ph.D. or another suitable expert in economics

36. Elizabeth Pasikowski or another suitable expert in vocational rehabilitation

37. Records Custodians for
    a. Wayne County Prosecutor's Office
    b. City of Detroit and any of its departments or agencies
    c. State of Michigan and any of its departments or agencies
    d. Michigan State Police

38. Any and all witnesses named, listed and/or called by Plaintiff

39. Any and all witnesses identified in discovery responses or deposition testimony

40. Any and all necessary rebuttal witnesses

41. Any and all witnesses that become known prior to trial

42. Any and all past or present employees or agents of the City of Detroit

43. Any and all physicians and medical personnel, including but not limited to those identified above, may be relied upon at the time of trial to provide expert testimony

44. Experts to be disclosed consistent with the Court's scheduling order

45. Defendants reserve the right to amend this list as potential witnesses become known through the course of discovery

                          Respectfully Submitted By,

                          /s/ *Patrick M. Cunningham*
                          PATRICK M. CUNNINGHAM (P67643)
                          City of Detroit Law Department
                          Attorneys for Defendants
                          2 Woodward Avenue, Suite 500
                          Detroit, MI  48226
                          (313) 237-5032
Dated: April 21, 2021         cunninghamp@detroitmi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

/s/ *Patrick M. Cunningham*