UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL OLIVER,**

    Plaintiff,                               CASE NO. 20-cv-12711
                                          HON. LAURIE J MICHELSON

v.

**DONALD BUSSA, In his
individual and official capacity,
and CITY OF DETROIT,
Jointly and Severally,**

    Defendants,

_____/

| **DAVID A. ROBINSON (P 38754)** | **PATRICK M CUNNINGHAM (P67643)** |
|---|---|
| **ROBINSON & ASSOCIATES, P.C.** | **CITY OF DETROIT LAW DEPARTMENT** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |
| 28145 Greenfield Rd., Suite 100 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 423-7234 | (313) 237-5032 |
| davidrobinsonlaw@gmail.com | cunninghamp@detroitmi.gov |

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
615 Griswold Street, Ste. 515
Detroit, MI 48226
313.974-6605; fax 313.963.9061
tekuhn@aol.com

_____/

## STIPULATION EXTENDING
## DISCOVERY DEADLINES TO AUGUST 25, 2021

    **UPON** stipulation and agreement of the parties, and the Court being otherwise advised;

    **IT IS HEREBY ORDERED** that based upon the stipulation of the parties,

Discovery Deadlines are now extended to August 25, 2021 and all other dates will remain the same in accordance with Scheduling Order [ECF No. 16], as follows:

| | |
|---|---|
| *Discovery Cutoff* | *August 25, 2021* |
| *Dispositive Motions* | *August 30, 2021* |
| *Challenges to Experts* | *August 30, 2021* |
| *Motions in Limine* | *To Be Determined* |

**IT IS SO ORDERED.**

Dated: May 8, 2021

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

**APPROVED AND OBJECTION TO ENTRY WAIVED:**

/s/ David A. Robinson                           /s/Patrick M Cunningham *(w/permission)*
**David A. Robinson (P38754)**          **Patrick M. Cunningham (P67643)**
Attorney for Plaintiff                            Attorneys for Defendant City of Detroit