UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL OLIVER,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF DETROIT, et al.,<br><br>　　Defendants. | Case No. 20-12711<br>Honorable Laurie J. Michelson |

**NOTICE OF TELEPHONE CONFERENCE**

　　On July 7, 2021 at 9:00 a.m., the Court will hold a telephone status conference in this matter.

　　The purpose of the conference is to try to resolve a discovery dispute. At least 24 hours prior to the conference, each side shall submit a one-page summary of the dispute via the link for proposed orders located under the Utilities section of CM/ECF. The parties should also exchange their summaries at that time.

　　To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

　　Dated: July 6, 2021

　　　　　　　　　　　　　　　　s/Erica Parkin
　　　　　　　　　　　　　　　　Case Manager to
　　　　　　　　　　　　　　　　District Judge Laurie J. Michelson
　　　　　　　　　　　　　　　　(313) 234-5095