UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL OLIVER,**

    Plaintiff,

v.

**DONALD BUSSA, In his
individual and official capacity,
and CITY OF DETROIT,
Jointly and Severally,**

    Defendants,

CASE NO. 20-cv-12711
HON. LAURIE J MICHELSON

_____/

| | |
|---|---|
| **DAVID A. ROBINSON (P 38754)** | **PATRICK M CUNNINGHAM (P67643)** |
| **ROBINSON & ASSOCIATES, P.C.** | **CITY OF DETROIT LAW DEPARTMENT** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |
| 28145 Greenfield Rd., Suite 100 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 423-7234 | (313) 237-5032 |
| davidrobinsonlaw@gmail.com | cunninghamp@detroitmi.gov |

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
615 Griswold Street, Ste. 515
Detroit, MI 48226
313.974-6605; fax 313.963.9061
tekuhn@aol.com

_____/

**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE
PLAINTIFF'S 1st AMENDED COMPLAINT**

    **UPON** stipulation and agreement of the parties, and the Court being otherwise advised;

2

**IT IS HEREBY ORDERED** that the Plaintiff may file his First Amended Complaint to CLARIFY FACTUAL ALLEGATIONS AND TO ADD CLAIMS against Defendants.

**IT IS SO ORDERED.**

**THIS IS NOT A FINAL ORDER, AND DOES NOT CLOSE THE CASE.**

Dated: July 8, 2021

                                         s/Laurie J. Michelson
                                         LAURIE J. MICHELSON
                                         UNITED STATES DISTRICT JUDGE

**APPROVED AND OBJECTION TO ENTRY WAIVED:**

| /s/ David A. Robinson | /s/Patrick M Cunningham *(w/permission)* |
|---|---|
| **David A. Robinson (P38754)** | **Patrick M. Cunningham (P67643)** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |