UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL OLIVER,

    Plaintiff,

CASE NO.  20-12711
HON. LAURIE J. MICHELSON

-vs-

CITY OF DETROIT, a municipal corporation, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.

| | |
|---|---|
| DAVID A. ROBINSON (P38754)<br>BRANDON MCNEAL (P81300)<br>Robinson and Associates, P.C.<br>Attorneys for Plaintiff<br>28145 Greenfield Rd., Suite 100<br>Southfield, MI 48076<br>(248) 423-7234<br>davidrobinsonlaw@gmail.com | PATRICK M. CUNNINGHAM (P67643)<br>City of Detroit Law Department<br>Attorneys for City of Detroit and Bussa<br>2 Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-5032<br>cunninghamp@detroitmi.gov |
| THOMAS E. KUHN (P37924)<br>Co-Counsel for Plaintiff<br>615 Griswold Street, Ste. 515<br>Detroit, MI 48226<br>(313) 963-522<br>tekuhn@ahol.com | |

**STIPULATED ORDER TO
EXTEND SCHEDULING ORDER DATES**

The parties have agreed to extend the scheduling order dates in order to facilitate more time for taking depositions and to give each party's respective experts a reasonable opportunity to consider that testimony before preparing their reports for disclosure. Therefore, IT IS ORDERED that scheduling order dates are extended as follows:

| EVENT | ADJOURNED DATE |
| --- | --- |
| Plaintiff's Expert Disclosures | February 11, 2022 |
| Fact Discovery Completed By | March 12, 2022 |
| Defendants' Expert Disclosures | May 7, 2022 |
| Expert Discovery Completed By | June 5, 2022 |
| Dispositive Motion | July 6, 2022 |
| Challenges to Experts | July 6, 2022 |

SO ORDERED.

Dated: September 1, 2021

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

I stipulate to the entry of the order above:

| | |
| --- | --- |
| */s/ David A. Robinson* | */s/ Patrick M. Cunningham* |
| DAVID A. ROBINSON (P38754) | PATRICK M. CUNNINGHAM (P67643) |