UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL OLIVER,**

    Plaintiff,                                    **CASE NO. 20-cv-12711**
                                                    **HON. LAURIE J MICHELSON**

v.

**DONALD BUSSA, In his
individual and official capacity,
and CITY OF DETROIT,
Jointly and Severally,**

    Defendants,
_____/

| **DAVID A. ROBINSON (P 38754)** | **PATRICK M CUNNINGHAM (P67643)** |
|---|---|
| **ROBINSON & ASSOCIATES, P.C.** | **CITY OF DETROIT LAW DEPARTMENT** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |
| 28145 Greenfield Rd., Suite 100 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 423-7234 | (313) 237-5032 |
| davidrobinsonlaw@gmail.com | cunninghamp@detroitmi.gov |

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
313.974-6605; fax 313.963.9061
tekuhn@aol.com

## ORDER FOR DISCOVERY FOLLOWING PHONE CONFERENCE WITH THE COURT

UPON discussions held during phone conference with the court and it's being advised in the premises;

**IT IS HEREBY ORDERED** that the Defendant City of Detroit shall respond to Plaintiff's 2nd supplemental request for production of documents #3 to provide an

appropriate response providing the requested studies the DPD/City of Detroit relied on to investigate the utility and application of Data Works facial recognition company and software specific to the issues of misidentification of people of color or indicate that it is not in possession of such studies.

**IT IS FURTHER ORDERED** that Defendant City of Detroit will investigate to determine if, in the course of Plaintiff's case, facial recognition matches were derived from the probe image used in his case producing those matches to the Plaintiff along with the scores for those matches.

**IT IS FURTHER ORDERED** that Defendant City of Detroit will provide any and all FBI training material in its possession used in training DPD officers in the use of facial recognition.

**IT IS FURTHER ORDERED** that Defendant City of Detroit will provide the investigation files for all other investigations in which Donald Bussa obtained an investigative lead based on the use of facial recognition prior to the arrest of the Plaintiff limited to the period of DPD's use of facial recognition utility.

**IT IS SO ORDERED.**

Dated: February 10, 2022

                                               s/Laurie J. Michelson
                                               LAURIE J. MICHELSON
                                               UNITED STATES DISTRICT JUDGE

**APPROVED AND OBJECTION TO ENTRY WAIVED:**

| | |
|---|---|
| /s/ David A. Robinson | /s/ Patrick M. Cunningham *(w/permission)* |
| **David A. Robinson (P38754)** | **Patrick M. Cunningham (P67643)** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |