UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL OLIVER,

    Plaintiff,      CASE NO. 20-12711
                    HON. LAURIE J. MICHELSON

-vs-

CITY OF DETROIT, a municipal corporation, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.

| | |
|---|---|
| DAVID A. ROBINSON (P38754) <br> BRANDON MCNEAL (P81300) <br> Robinson and Associates, P.C. <br> Attorneys for Plaintiff <br> 28145 Greenfield Rd., Suite 100 <br> Southfield, MI 48076 <br> (248) 423-7234 <br> davidrobinsonlaw@gmail.com | PATRICK M. CUNNINGHAM (P67643) <br> City of Detroit Law Department <br> Attorneys for City of Detroit and Bussa <br> 2 Woodward Avenue, Suite 500 <br> Detroit, MI 48226 <br> (313) 237-5032 <br> cunninghamp@detroitmi.gov |
| THOMAS E. KUHN (P37924) <br> Co-Counsel for Plaintiff <br> 615 Griswold Street, Ste. 515 <br> Detroit, MI 48226 <br> (313) 963-522 <br> tekuhn@ahol.com | |

**STIPULATED ORDER TO
EXTEND SCHEDULING ORDER DATES**

    The parties have agreed to extend the scheduling order dates in order to facilitate more time for taking depositions and to give each party's respective experts

a reasonable opportunity to consider that testimony before preparing their reports for disclosure. Therefore, IT IS ORDERED that scheduling order dates are extended as follows:

| EVENT | ADJOURNED DATE |
| --- | --- |
| Plaintiff's Expert Disclosures | May 13, 2022 |
| Fact Discovery Completed By | June 10, 2022 |
| Defendants' Expert Disclosures | August 5, 2022 |
| Expert Discovery Completed By | September 2, 2022 |
| Dispositive Motion | October 4, 2022 |
| Challenges to Experts | October 4, 2022 |

SO ORDERED.

Dated: March 17, 2022

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

I stipulate to the entry of the order above:

*/s/ David A. Robinson*                     */s/ Patrick M. Cunningham*
DAVID A. ROBINSON (P38754)       PATRICK M. CUNNINGHAM (P67643)