UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DETROIT,<br>STEPHEN CASSINI, and<br>DONALD BUSSA,<br><br>    Defendants. | Case No. 20-12711<br>Honorable Laurie J. Michelson |

**ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT [36]**

Michael Oliver was wrongly accused of a crime and believes that Donald Bussa (a police officer for the City of Detroit), Stephen Cassini (the victim of the crime), and the City of Detroit are at fault. So he sued, claiming violation of federal law. (ECF No. 1.) But along with his federal claims, Oliver also brought claims under state law, including gross negligence. (*Id.*) On October 16, 2020, the Court entered an order declining to exercise supplemental jurisdiction over the state law claims. (ECF No. 7.)

Thus, for the same reasons set forth in that order, Oliver's motion to amend the complaint to re-assert a state law claim for gross negligence is DENIED.

SO ORDERED.

Dated: September 23, 2022

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE