UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL OLIVER,**

    Plaintiff,                                CASE NO. 20-cv-12711
                                                HON. LAURIE J MICHELSON

v.

**DONALD BUSSA, In his
individual and official capacity,
and CITY OF DETROIT,
Jointly and Severally,**

    Defendants,

_____/

| **DAVID A. ROBINSON (P 38754)** | **PATRICK M CUNNINGHAM (P67643)** |
|---|---|
| **ROBINSON & ASSOCIATES, P.C.** | **CITY OF DETROIT LAW DEPARTMENT** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |
| 28145 Greenfield Rd., Suite 100 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 423-7234 | (313) 237-5032 |
| davidrobinsonlaw@gmail.com | cunninghamp@detroitmi.gov |

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
313.974-6605; fax 313.963.9061
tekuhn@aol.com

## STIPULATED ORDER FOR PRODUCTION OF THE SCORES AND CANDIDATES

UPON the agreement of the parties and the court being advised in the premises;

**IT IS HEREBY ORDERED** that the Defendant City of Detroit shall produce within 14 days of entry of this order the scores and list of candidates

derived in the facial recognition search run on the probe image in the investigation of larceny which resulted in the Plaintiff's arrest.

**IT IS FURTHER ORDERED** that, in the alternative, if the Defendant City of Detroit cannot locate or retrieve the scores and candidate list they shall indicate in a supplemental discovery response the scores and candidate list were not preserved.

**IT IS SO ORDERED.**

Dated: October 6, 2022

>s/Laurie J. Michelson
>LAURIE J. MICHELSON
>UNITED STATES DISTRICT JUDGE

**APPROVED AND OBJECTION TO ENTRY WAIVED:**

| | |
|---|---|
| /s/ David A. Robinson | /s/ Patrick M. Cunningham *(w/permission)* |
| **David A. Robinson (P38754)** | **Patrick M. Cunningham (P67643)** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |