UD-94 (2-89)

AUTHORITY: PA 59 of 1935
Compliance Voluntary

# DETROIT POLICE REQUEST FOR WARRANT

## INVESTIGATOR'S REPORT

190515-0273
Police Offense Number

☐ MORE DEFN.

**19-CI-03-232**

Prosecutor Case No.

DATE: 06/05/2019

| CUST | DEFENDANT NAME (Last, First, Middle) FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| ☐ | OLIVER, MICHAEL, OWENS [redacted] | 25 | M | B | [redacted] | MI [redacted] |
| ☐ | | | | | | |
| ☐ | | | | | | |

Offense (To be filled in by Prosecutor)

| Place of Offense: | Date: / Time | Date of Complaint:: |
|---|---|---|
| W WARREN (INFRONT OF 3864 W WARREN) | 05/15/2019 / 15:30 | 05/15/2019 |

| Complainant's Name (Last, First, Middle) | Full Address | Age | Sex | Race | Phone No. |
|---|---|---|---|---|---|
| CASSANI, STEPHEN | [redacted] | 47 | M | W | [redacted] |

| Person to Sign (Last, First, Middle) | Reviewing Attorney and Bar No. |
|---|---|
| CASSANI, STEPHEN | |

## DETAILS OF INVESTIGATION

**CIRCUMSTANCES:** On May 05, 2019 victim Stephen Cassani was in his vehicle on W Warren in front of a vacant lot (3864 W Warren) where he observed a large fight. Mr. Cassani started filming this incident on his IPhone 6 (cellphone), when he was approached by the suspect (later ID as Michael Oliver) who reached into Mr. Cassani vehicle and grabbed his cellphone from his hand and threw it. Breaking the phone case and screen.

**INVESTIGATION:** Mr. Cassani was able to recover the video he took on his cellphone and provided it to me. I reviewed the video and seen the suspect reach inside the vehicle and grabbed Mr. Cassani cellphone and then the video went out. Was able to capture a photo from the video and send it into Crime Intel for facial recognition. Crime Intel I.S. Joseph Dabliz notified me the photo came back to Michael Owens Oliver B/M/[redacted].

Interviewed Mr. Cassani and took written statement. Prepared a 6 pack photo lineup with Mr. Oliver in it, placed in spot #5. Photo lineup was done by Det. Stevie Posey #D2698, to which Mr. Michael Oliver was picked out of the lineup, placed in spot #5.

IPhone 6 cellphone repair and case was $150.00.

| Det. Donald Bussa | D-608 | 3rd PDU |
|---|---|---|
| Officer in Charge | Badge. | Precinct/Bureau |

Reviewed & Approved By: Sgt. Chimene Irvin 5-822

Supervising Officer Precinct/Bureau

UD-94 (2-89)

AUTHORITY: PA 59 of 1935
Compliance Voluntary

# DETROIT POLICE REQUEST FOR WARRANT

**EVIDNECE:**
See attached list

**WITNESS LIST:**
See attached list

Det. Donald Bussa D-608 3rd PDU
Officer in Charge Badge. Precinct/Bureau

Reviewed & Approved By: S822
Supervising Officer Precinct/Bureau

# INCIDENT/INVESTIGATION REPORT

Agency Name: Detroit Police Department
ORI: MI 8234900
Case#: 190515-0273
Date / Time Reported: 05/15/2019 15:31 Wed
Last Known Secure: 05/15/2019 15:31 Wed
At Found: 05/15/2019 15:31 Wed

**INCIDENT DATA**

Location of Incident: 3888 W Warren Ave, Detroit MI 48208-
Premise Type: Liquor Store
Zone/Tract: 304

| # | Crime Incident | | Weapon / Tools | Activity |
|---|---|---|---|---|
| #1 | Crime Incident(s): Larceny - Personal Property From Motor Vehicle - 23005 | (Att) | None | N |
| | Entry | Exit | Security | |
| #2 | Crime Incident: Damage To Property 29000 | (Com) | None | N |
| | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | | |
| | Entry | Exit | Security | |

MO

**VICTIM**

# of Victims: 1 Type: INDIVIDUAL/ NOT LAW Injury: None/none Apparent Domestic: NO

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| V1 | CASSANI, STEPHEN | 1,2 | [redacted] | 47 | W | M | 199 | Resident | |

Home Address: [redacted]
Home Phone: [redacted]
Employer Name/Address: DPSCD
Business Phone:
Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:
Mobile Phone:

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:
Mobile Phone:

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 88 | 4 | $1.00 | | 1 | PHONE | | |
| | 03 | 0 | $0.00 | | 1 | BLU , 007L5 MI | FORD Focus | |

Officer/ID#: Potts, Christopher J (EAS, 3RD) (241610)
Invest ID#: Bussa, Donald G (EAS, 3PDU) (238617)
Supervisor: Mcintosh, Russell M (EAS, 3RD)
Status
Complainant Signature:
Case Status: Active 05/15/2019
Case Disposition:

# INCIDENT/INVESTIGATION REPORT

*Detroit Police Department*

Case # *190515-0273*

Status Codes: 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

| DRUGS | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*MORGAN, J.L. (236458), AHMED, T. (241511), HARRIS, M.D. (240564), PEACOCK, L.D. (241463), BRADFORD, J.F. (236019), BELLAMY, D.D. (241156)*

Suspect Hate / Bias Motivated: *NONE*

NARRATIVE

The victim stated that at the date, time and location listed on the report they were the victim of a robbery.

# REPORTING OFFICER NARRATIVE

| Detroit Police Department | | OCA 190515-0273 |
|---|---|---|
| Victim CASSANI, STEPHEN | Offense LARCENY - PERSONAL PROPERTY FROM | Date / Time Reported Wed 05/15/2019 15:31 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

[05/15/2019 16:19, POTTSC610, 27435]

VEC CODE 175033
SCOUT 0306

PO POTTS 4191 BWC 039516
PO BELLAMY 3823 BWC 024067

A: NO ARREST
NO FORCE

S: DISPATCHED TO 3888 W WARREN GREEN LIGHT LOC A/B

C: SCOUT MADE LOC T/T VI WHO STATED THAT HE WAS RECORDING 3-5 GROUP OF KIDS FIGHTING. THE VI STATED THAT THE SU APPROACH HIS VEC (LICENSE PLATE 007L5 BLU FORD FOCUS) REACHED INSIDE AND SNATCHED THE VI Iphone 6 FROM HIS HAND. THE VI EXITED THE VEC AND STATED "WHY DON'T YOU COME FIGHT A REAL MAN" AND THE SU THREW HIS PHONE AND RAN WB ON W WARREN AVE. THE VI STATED THAT THE SU IS A PREVIOUS STUDENT POSSIBLY NAMED TERRY AND NO LAST NAME GIVEN TO SCOUT. THE VI STATED THAT WHILE HE WAS RECORDING HE OBSERVED A STUDENT BY THE NAME OF AMIA SANDERS EXIT A YELLOW MINI VAN WITH A BAT. THE VI STATED THE VEC WAS LAST SEEN TRAVELING EB W WARREN AVE.

O: SCOUT OBSERVED THE VI PHONE AND THE SCREEN APPEARED TO BE CRACKED.

# Incident Report Suspect List

*Detroit Police Department*

OCA: *190515-0273*

1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| * No name * | | |

| Business Address |
|---|
| |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | M | | | | | | | |

| Scars, Marks, Tattoos, or other distinguishing features |
|---|
| |

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

# Incident Report Related Vehicle List

*Detroit Police Department*

OCA: *190515-0273*

**1**

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| FORD, Focus | | BLU | 007L5 MI | |

| IBR Status | Date | Location |
|---|---|---|
| None | 05/15/2019 | 3888 W WARREN AVE, DETROIT MI |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | $0.00 | 2305 | Locally | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| * No name * | | |

| Business Address |
|---|
| |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

*VICTIM`S VEHICLE [05/21/2019 22:35, RITTERHUNTERL205, 4730, DPD]*

# Incident Report Related Property List

*Detroit Police Department*

OCA: *190515-0273*

1

| Property Description | Make | Model | Caliber |
|---|---|---|---|
| ***PHONE*** | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | ***$1.00*** | ***1.000*** | | ***Locally*** |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| ***Destroyed/damage*** | ***05/15/2019*** | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| **** No name **** | | | | |

**Notes**

***IPHONE 6 WAS DAMAGED [05/21/2019 22:33, RITTERHUNTERL205, 4730, DPD]***

*Detroit Police Department* OCA: ***1905150273***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *INACTIVE* **Case Mng Status:** *INACTIVE* **Occurred:** *05/15/2019*

**Offense:** *LARCENY - PERSONAL PROPERTY FROM MOTOR VEHICLE*

**Investigator:** *BUSSA, DONALD G (238617)* **Date / Time:** *07/13/2020 14:27:31, Monday*

**Supervisor:** *HUGHES, RAYMOND D (237293)* **Supervisor Review Date / Time:** *07/13/2020 14:54:12, Monday*

**Contact:** **Reference:** *Additional Information Discovered*

Det. Donald Bussa #D608

Was an arrest mad ein the case? Yes

If so, who was arrested? Michael Oliver

If there were arrests, were any MDOC Proationers/Parolees/Absconders? Probation

If there were arrests, did the prosecutor use the match from facial recognition in the prosecution? Yes

What was the outcome of the arrests? (Conviction, dismissal, etc.) Dismissed

If there was an arrest, and a facial recognition match was used as a lead, was it a match that Crime Intel developed, or one that came from MSP-SNAP - Crime Intel

If there were no arrest in the case, why not? NA

Investigator Signature Supervisor Signature

# STATEMENT FORM

☒ INTERVIEW ☐ INTERROGATION

detroit police

Page 1 of 1

**Contact Location (Check One):**

☒ Walk-In to Police Facility ☐ In Field/At Scene ☐ Hospital ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)

Location/Place:

**Print Information:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| STATEMENT TAKEN BY: RANK, FIRST / LAST NAME, BADGE: Det David Busch | | | | FILE/CASE NO. 190515-0273 | | | |
| | | | | PRECINCT/COMMAND 3 PDU | | | |
| DATE STATEMENT TAKEN: 6-4-19 | START TIME 1400 | | | END TIME 1931 | | | |
| NAME OF PERSON PROVIDING STATEMENT Stephen Cassani | D.O.B. [redacted] | AGE 47 | SEX M | RACE W | HGT. 6'03 | WGT. | |
| SOC. SEC. NO. (LAST 4 DIGITS): [redacted] | RESIDENCE | | | PHONE: BUS RES | | | |
| EMPLOYER | DEPARTMENT | | | BADGE NO. | | SHIFT | |
| RESIDING WITH: | CHILDREN / SCHOOL: | | | | | | |
| RELATIVES / FRIENDS: | ADDRESS | | | PHONE: | | | |
| REVIEWING SUPERVISOR RANK, FULL NAME, BADGE (PRINT): SGT. Chimene Irvin S-822 | | SIGNATURE OF REVIEWING SUPERVISOR: Chimene Irvin | | | | | |
| DATE: 6-4-19 | TIME: 2:34PM | PRECINCT/COMMAND: 3PDU | | | | | |

Q: DO YOU UNDERSTAND THAT THIS IS A CRIMINAL INVESTIGATION?

A: Yes

Q: Tell me what happen?

A: A large fight was taking place on Warren Ave. I began video taping the fight with my phone. A young black man wearing a red hoody with dark pants approached my vehicle. He was with one of my students and I lowered my passenger window to speak with my student. The young man in the red hoody reached into my car and grabbed the phone out of my hand. He then retreated to the side walk whereupon he threw it back at me about 30' away. The phone landed on the street breaking the case and screen.

Q: Have you seen him before?

A: No

[signature] 6-4-19

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME

1



2



3



4



5

SPC



6



Q: Do You see anyone you recognize?

A: Yes

Q: If the answer to question #1 was yes, identify by number the photo(s) you recgonize.

A: 5

Q: Where do you recognize them from?

A: From the Assaulting me and Snatching my phone on May 15, 2019

Time:

Start 2:20pm

Stop 2:26pm

SIGNATURE OF WITNESS DATE / TIME

OFFICERS SIGNATURE DATE / TIME 6/4/19 2:26pm

Presented By Det Stavic Posey

Prepared By DET. D BUSSA

REPORT# 190515-0273

1
Anthony Corley [redacted]



2
Demario Sherard [redacted]



3
Timothy Rouse [redacted]



4
Shahnaz James [redacted]



5
Michael Oliver [redacted]



6
Melvin Williams [redacted]



Q: Do You see anyone you recognize?
A: ______

Q: If the answer to question #1 was yes, identify by number the photo(s) you recgonize.
A: ______

Q: Where do you recognize them from?
A: ______

______

Time:
Start ______
Stop ______

______ SIGNATURE OF WITNESS DATE / TIME

Presented By ______

______ OFFICERS SIGNATURE DATE / TIME

Prepared By DET. D BUSSA

REPORT# ______

## REAL TIME CRIME CENTER CRIME FACIAL RECOGNITION



| | | | |
|---|---|---|---|
| **INTEL #:** | 19-1094 | | |
| **REPORT NUMBER:** | 1905150273 | | |
| **CRIME:** | Larceny | | |
| **REQUESTER:** | Detective Don Bussa | | |
| **REASON:** | ☐ Consent<br>☒ Reasonable Suspicion of A Crime<br>☐ Physical Incapacity/Mental Incapacity/At-Risk Person/Deceased Person<br>☐ Comparison to Multiple IDs<br>☐ Identification of Other Persons of Interest<br>☐ Other (Please Specify): | | |
| | | | |
| | **ORIGINAL IMAGE** | **INQUIRY IMAGE** | **INVESTIGATIVE LEAD** |
| **IMAGES:** |  |  |  |
| **IMAGE SOURCE:** | Detective Don Bussa | Cropped | MICIJIN |
| **IMAGE MODIFICATIONS:** | None | Cropped | None |
| | | | |
| **NAME:** | Michael Owen Oliver | | |
| **ALIAS:** | AKA/FOXX,MICHAEL OWENS<br>AKA/OLIVER,MICHAEL OWENS | | |
| **DOB:** | [redacted] | | |
| **SID #:** | 2842728H | | |
| **FBI/UCN #:** | N/A | | |
| **DL/PID #:** | OLN: O416603671815 | | |
| **SOCIAL MEDIA:** | Facebook: Michael Oliver<br>Facebook ID: 1558561395 | | |

***DISCLAIMER**: The result of a facial recognition search provided by the Detroit Police Department is only an investigative lead and is NOT TO BE CONSIDERED A POSITIVE IDENTIFICATION OF ANY SUBJECT. Any possible connection or involvement of any subject to the investigation must be determined through further investigation and investigative resources.*

***CRIME INTELLIGENCE UNIT***

CrimeIntelligenceBureau@detroitmi.gov 313-596-2250

| | |
|---|---|
| | https://www.facebook.com/sevenmile.mike.71 |
| **IDENTIFICATION PROCESS:** | ☐ Statewide Network of Agency Photos (SNAP)<br>☒ DataWorks Plus<br>☐ Forwarded to Michigan State Police (MSP) for additional assistance<br>☐ Other (Please Specify): |
| | |
| **DATE/TIME:** | 05/22/19 17:34 |
| **CIU PERSONNEL:** | I.S. Joseph Dabliz |
| **CIU SUPERVISOR:** | Sgt. Larry Campbell |
| **ADDITIONAL INFO:** | Wanted on OCA 02-CR-0011238-2018, ALLEGHENY COUNTY SHERIFFS OFFICE 412 350-4714 Identity Theft |

***DISCLAIMER:*** *The result of a facial recognition search provided by the Detroit Police Department is only an investigative lead and is NOT TO BE CONSIDERED A POSITIVE IDENTIFICATION OF ANY SUBJECT. Any possible connection or involvement of any subject to the investigation must be determined through further investigation and investigative resources.*

***CRIME INTELLIGENCE UNIT***

CrimeIntelligenceBureau@detroitmi.gov 313-596-2250

05/26/19 | 15:34:54.77 | MIDRS | OLIVER,MICHAEL,OWENS,

**Queried:** OLIVER, MICHAEL

**Response:** OLIVER, MICHAEL OWENS

**Statistics Summary**

| | | | |
|---|---|---|---|
| DOB: [redacted] | Race: N/A | Sex: M | Skin Tone: N/A |
| Height: 5-09 | Weight: N/A | Eyes: BLK | Hair: N/A |

**OLN Details:**

| | | | |
|---|---|---|---|
| OLN: O416603671815 | State: MI | Effective: 03/05/2019 | Expires: 10/22/2022 |

**Residence**

**Address Summary**

[redacted] Country: US

***NOTICE***State and federal law restrict the use of driver's license images.Images can only be used for the identification of subjects in acriminal proceeding or for victim identification. Misuse ofimages may result in criminal and/or civil penalties.Contact your LEIN TAC for more information.

**Associated Image(s)**



Copy Image Save Image Contact Info

24033
A LEIN 24033 19722 06/04/19 1449 DDBGCOMP.
MI8234996
PUR: C/WARRANT RESPONSE TO INQUIRY ON SID: 2842728H
OPR: BUSSAD617
FOR: BUSSA/INVESTIGATIVE OPS
OCA: 1905150273
REMARKS: LARCENY FROM PERSON
CRIMINAL HISTORY RECORD RESPONSES ARE DEPENDENT UPON CRIMINAL HISTORY RECORD INFORMATION (CHRI) BEING REPORTED TO THE CENTRAL REPOSITORY.
USERS SHOULD CONTACT LOCAL CRIMINAL JUSTICE AGENCIES TO DETERMINE CHRI THAT COULD BE IN LOCAL FILES.
MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA FOR SID: 2842728H AS OF 06/04/2019

NAM: OLIVER,MICHAEL
SID: 2842728H
RAC: B SEX: M DOB: [redacted]
UCN: 592473NC2
HGT: 510 WGT: 115 HAI: BLK
III: MULTI-STATE
EYE: BRO POB: MI
DLN: MI/000000000000
MNU:
PRN:
SOC: [redacted]
CIZ:

AFIS PRINTS AVAILABLE: YES
PALM PRINTS AVAILABLE: YES
PHOTO AVAILABLE: YES
DNA RECORD AVAILABLE: YES - (PHONE 517-636-0465)

SCAR/MARK/TATTOO: TAT L ARM TAT R ARM TAT LF ARM
TAT RF ARM TAT NECK

ADDITIONAL IDENTIFIERS AND COMMENTS:

NAM: FOXX,MICHAEL OWENS
OLIVER,MICHEAL OWEN
OLIVER,MICHAEL OWEN
OLIVER,MICHAEL OWENS

DLN: MI/0416603671815

==========================================================================

INCIDENT DATE: 08/10/2011

TCN/OCA: R411222024M/11-8996
NAME USED: FOXX,MICHAEL OWENS

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 08/10/2011 | NO DATA RECEIVED | DATE: 08/11/2011 |
| MI8234300 | | MI820135J |
| DEARBORN POLICE | | 19TH DISTRICT COURT |
| DEPARTMENT | | DEARBORN |
| OCA: 11-8996 | | CFN: 11C3035OM |
| 1 CNT OF 2600 | | |
| ORDINANCE VIOL | | CNT-1 MCL 750.3565 |
| FRAUDULENT ACTIVITIES | | ORDINANCE VIOL |
| DISP: WARRANT REQUESTED | | LARCENY - LESS THAN |
| | | $200 |
| | | DISP: PLED GUILTY |
| | | SENT/REMARKS: |
| | | PROB 12 MO/JAIL 60 DAYS |

==========================================================================

INCIDENT DATE: 12/31/2012

TCN/OCA: C713001004X/12-25228

NAME USED: OLIVER,MICHAEL OWEN

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 12/31/2012 | NO DATA RECEIVED | DATE: 01/02/2013 |
| MI8245800 | | MI820155J |
| HARPER WOODS POLICE DEPT | | 32A DISTRICT COURT |
| OCA: 12-25228 | | HARPER WOODS |
| 1 CNT OF 2300 | | CFN: 13-81870 |
| ORDINANCE VIOL | | |
| LARCENY | | CNT-1 MCL 750.356D4 |
| DISP: NOTICE TO APPEAR | | ORDINANCE VIOL |
| | | RETAIL FRAUD - THIRD |
| | | DEGREE |
| | | DISP: PLED GUILTY |
| | | SENT/REMARKS: |
| | | F/C/R $125/PROB 12 |
| | | MO/JAIL 7 DAYS |

CRIMINAL TRACKING NUMBER: 821771402301 — INCIDENT DATE: 07/11/2017

TCN/OCA: DM17231957E/1707110186

NAME USED: OLIVER,MICHAEL OWENS

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 07/11/2017 | DATE: 07/12/2017 | DATE: 01/18/2019 |
| MI8234900 | MI820013A | MI821095J |
| DETROIT POLICE | WAYNE COUNTY | 3RD CIRCUIT COURT |
| DEPARTMENT | PROSECUTING ATT | CRIMINAL DIV DETROIT |
| OCA: 1707110186 | 1 CNT MCL 333.74012A4 | CFN: 1700637601 |
| 1 CNT OF 3500 | FELONY | |
| FELONY | CONTROLLED | CNT-1 MCL 333.74012A4 |
| DANGEROUS DRUGS | SUBSTANCE-DEL/MFG | FELONY |
| DISP: CHGD BY PROSECUTOR | (COCAINE, HEROIN OR | CONTROLLED |
| | ANOTHER NARCOTIC) | SUBSTANCE-DEL/MFG |
| | LESS THAN 50 GRAMS | (COCAINE, HEROIN OR |
| | | ANOTHER NARCOTIC) |
| | | LESS THAN 50 GRAMS |
| | | DISP: PLED GUILTY |
| | | SENT/REMARKS: |
| | | JAIL 0Y 0M 0D PRISON 0Y |
| | | 0M 0D TO 0Y 0M 0D |
| | | PROB 2Y 0M 0D START |
| | | 10 25 2017 |

CRIMINAL TRACKING NUMBER: 500680202801 — INCIDENT DATE: 06/12/2006

TCN/OCA: A106292062A/11534-06

NAME USED: OLIVER,MICHAEL

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 06/12/2006 | DATE: 06/12/2006 | NO DATA RECEIVED |
| MI5036000 | MI500013A | |
| EASTPOINTE POLICE DEPT | MACOMB COUNTY | |
| OCA: 11534-06 | PROSECUTING ATT | |
| 1 CNT OF 1200 | 1 CNT MCL 750.529 | |
| FELONY | FELONY | |
| ROBBERY | ARMED ROBBERY | |
| DISP: PETITIONED | | |

INCIDENT DATE: 12/21/2006

TCN/OCA: F306355011J/06-26432

NAME USED: OLIVER,MICHAEL

```
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================= : ======================= : =======================
DATE: 12/21/2006        : NO DATA RECEIVED        : NO DATA RECEIVED
MI5036000               :                         :
EASTPOINTE POLICE DEPT  :                         :
OCA: 06-26432           :                         :
1 CNT OF 2300           :                         :
  FELONY                :                         :
  LARCENY               :                         :
DISP: PETITION REQUIRED :                         :
=============================================================================
                                                   INCIDENT DATE: 04/27/2011
TCN/OCA: DG11126398J/201109030
NAME USED: OLIVER,MICHEAL OWEN
=============================================================================
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================= : ======================= : =======================
DATE: 04/27/2011        : NO DATA RECEIVED        : NO DATA RECEIVED
MI8234900               :                         :
DETROIT POLICE          :                         :
  DEPARTMENT            :                         :
OCA: 201109030          :                         :
1 CNT OF 2200           :                         :
  FELONY                :                         :
  BURGLARY              :                         :
DISP: WARRANT REQUESTED :                         :
=============================================================================
                                                   INCIDENT DATE: 08/14/2014
TCN/OCA: C814226007P/140031776
NAME USED: OLIVER,MICHAEL OWENS
=============================================================================
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================= : ======================= : =======================
DATE: 08/14/2014        : NO DATA RECEIVED        : NO DATA RECEIVED
MI6375100               :                         :
SOUTHFIELD POLICE       :                         :
  DEPARTMENT            :                         :
OCA: 140031776          :                         :
1 CNT OF 2600           :                         :
  MISDEMEANOR           :                         :
  FRAUDULENT ACTIVITIES :                         :
DISP: PF INVESTIGATION  :                         :
=============================================================================
                                                   INCIDENT DATE: 05/14/2015
TCN/OCA: DA15219987A/SX8560701
NAME USED: OLIVER,MICHAEL OWENS
=============================================================================
ARREST SEGMENT          : CHARGE SEGMENT          : JUDICIAL SEGMENT
======================= : ======================= : =======================
DATE: 05/14/2015        : NO DATA RECEIVED        : NO DATA RECEIVED
MI8234900               :                         :
DETROIT POLICE          :                         :
  DEPARTMENT            :                         :
OCA: SX8560701          :                         :
1 CNT OF 7300           :                         :
  MISDEMEANOR           :                         :
  MISC PUBLIC ORDER     :                         :
  CRIME                 :                         :
DISP: WARRANT REQUESTED :                         :
=============================================================================
                                                   INCIDENT DATE: 09/06/2017
TCN/OCA: DM17233561T/EST54617
NAME USED: OLIVER,MICHAEL OWENS
=============================================================================
```

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 09/06/2017 | NO DATA RECEIVED | NO DATA RECEIVED |
| MI8234900 | | |
| DETROIT POLICE DEPARTMENT | | |
| OCA: EST54617 | | |
| 1 CNT OF 3500 FELONY DANGEROUS DRUGS | | |
| DISP: WARRANT REQUESTED | | |

INCIDENT DATE: 01/16/2019

TCN/OCA: DN19216791J/1812180204

NAME USED: OLIVER,MICHAEL OWENS

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 01/16/2019 | NO DATA RECEIVED | NO DATA RECEIVED |
| MI8234900 | | |
| DETROIT POLICE DEPARTMENT | | |
| OCA: 1812180204 | | |
| 1 CNT OF 2800 FELONY STOLEN PROPERTY | | |
| 1 CNT OF 5400 MISDEMEANOR TRAFFIC OFFENSE | | |
| DISP: WARRANT REQUESTED | | |

INCIDENT DATE: 05/06/2019

TCN/OCA: DN19220306E/1905160033

NAME USED: OLIVER,MICHAEL OWENS

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 05/06/2019 | NO DATA RECEIVED | NO DATA RECEIVED |
| MI8234900 | | |
| DETROIT POLICE DEPARTMENT | | |
| OCA: 1905160033 | | |
| 1 CNT OF 5400 MISDEMEANOR TRAFFIC OFFENSE | | |
| 1 CNT OF 1300 MISDEMEANOR ASSAULT EXCLUDING SEXUAL | | |
| DISP: RELEASED NO PROS | | |

* * * THE FOLLOWING INCIDENT IS SUPPRESSED * * *

AN ASSIGNMENT OF A YOUTH TO THE STATUS OF YOUTHFUL TRAINEE (HYTA) SHALL NOT BE DEEMED TO BE A CONVICTION OF A CRIME AND SHALL SUFFER NO CIVIL DISABILITY, RIGHT TO PRIVILEGE. ALL PROCEEDINGS RELATIVE TO THE DISPOSITION OF THE CRIMINAL CHARGE AND THE ASSIGNMENT AS YOUTHFUL TRAINEE IS CLOSED TO THE PUBLIC INSPECTION. THIS RECORD IS OPEN TO THE COURT, DEPARTMENT OF CORRECTIONS, DEPARTMENT OF HUMAN SERVICES AND LAW ENFORCEMENT PERSONNEL IN THE PERFORMANCE OF THEIR DUTIES.

CRIMINAL TRACKING NUMBER: 821271541601 INCIDENT DATE: 07/17/2012

TCN/OCA: DB12138599A/201214196

```
NAME USED: OLIVER,MICHAEL OWEN
=====================================================================================
ARREST SEGMENT            : CHARGE SEGMENT           : JUDICIAL SEGMENT
========================= : ======================== : ========================
DATE: 07/17/2012          : DATE: 07/19/2012         : DATE: 10/03/2012
MI8234900                 : MI820013A                : MI821095J
DETROIT POLICE            : WAYNE COUNTY             : 3RD  CIRCUIT COURT
  DEPARTMENT              :   PROSECUTING ATT        :   CRIMINAL DIV DETROIT
OCA: 201214196            : 1 CNT MCL 750.357        : CFN: 1200740301
1 CNT OF 1200             :   FELONY                 :
  FELONY                  :   LARCENY FROM THE       : CNT-1 MCL 750.530
  ROBBERY                 :   PERSON                 :   FELONY
DISP: CHGD BY PROSECUTOR  : 1 CNT MCL 750.530        :   UNARMED ROBBERY
                          :   FELONY                 : DISP: DEFERRED-HYTA
                          :   UNARMED ROBBERY        : SENT/REMARKS:
                          :                          : JAIL 0Y 0M 78D PRISON
                          :                          :   0Y 0M 0D TO 0Y 0M 0D
                          :                          :   PROB 0Y 18M 0D START
                          :                          :   10/03/2012
                          :                          :
                          :                          : CNT-2 MCL 750.357
                          :                          :   FELONY
                          :                          :   LARCENY FROM THE
                          :                          :   PERSON
                          :                          : DISP: DISMISSED
                          :                          : SENT/REMARKS:
                          :                          : _
=====================================================================================
```

DISSEMINATION OF CRIMINAL HISTORY INFORMATION IS SUBJECT TO MICHIGAN AND FEDERAL RULES AND REGULATIONS. REFER TO LEIN ADMINISTRATIVE RULES AND TITLE 28, USC. USE OF THIS RECORD IS LIMITED TO THE PURPOSE OF INQUIRY.

** SPECIAL ATTENTION **

PER MCL 28.242A, THIS RECORD CONTAINS ALL CRIMINAL HISTORY INFORMATION THAT IS SUPPORTED BY FINGERPRINT IMPRESSIONS, INCLUDING CONVICTION AND NON-CONVICTION DATA. EXCEPT AS PROVIDED BY LAW, THIS RECORD DOES NOT INCLUDE CRIMINAL HISTORY INFORMATION THAT IS NON-PUBLIC BY STATUTE OR COURT ORDER.

FORWARDED TO NCIC III

END MSG.

97151
A NCIC 11151 19517 06/04/19 1445 DDBGCOMP.
MI8234996

THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR INQUIRY ON PUR/C NAM/OLIVER,MICHAEL O SEX/M RAC/U DOB/19931022 ATN/BUSSA

| NAME | FBI NO. | INQUIRY DATE |
|---|---|---|
| OLIVER,MICHAEL | 592473NC2 | 2019/06/04 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | PHOTO |
|---|---|---|---|---|---|---|---|
| M | B | [redacted] | 408 | 080 | BRO | BLK | Y |

BIRTH PLACE
MICHIGAN

FINGERPRINT CLASS PATTERN CLASS

ALIAS NAMES
FOXX,MICHAEL OWENS
OLIVER,MICHAEL OWENS
OLIVER,MICHAEL OWEN
OLIVER,MICHEAL OWEN

SCARS-MARKS-TATTOOS
TAT L ARM
TAT R ARM
TAT LF ARM
TAT RF ARM
TAT NECK

SOCIAL SECURITY
[redacted]

IDENTIFICATION DATA UPDATED 2019/05/17

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE FOLLOWING:

| | | |
|---|---|---|
| MICHIGAN | - | STATE ID/MI2842728H |
| PENNSYLVANIA | - | STATE ID/PA45456579 |
| FBI | - | FBI/592473NC2 |

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

71772
A LEIN 3504 15524 05/26/19 1534 DDBGCOMP.
MI8234996
RE: OLIVER/MICHAEL// UM 10/22/1993
FOR: BUSSA/INVESTIGATIVE OPS
OPR: BUSSAD617

NAM:OLIVER/MICHAEL/OWENS/ DOB:[redacted]
RAC:BLACK SEX:MALE SKN:MBR HGT:509 WGT:140
HAI:BLACK EYE:BROWN OLN[redacted] OLS:MI SOC[redacted]
FBI:592473NC2 PRN:850061
SID:2842728H SMT:TAT L ARM
ADDNL SMT:TAT NECK
ADDNL SMT:TAT R ARM
ADD:[redacted]

OFF:CRIMINAL BENCH FOR FAILURE TO APPEAR - SEE MIS FAILTOAPPEAR
OCA:SX8560701 DOW:05/21/2019
COURTORI:MI820365J-CT 36TH DISTRICT
CRTDOCKETNO:SX8560701
OCG:TRAFFIC OFFENSE
PICKUP:WILL PICKUP WITHIN 25 MILES
REMARKS:100 CASH/SUPPLY FALSE INFORMATION AND(OR) ID TO POLICE OFFICER
ALIAS NAME:FOXX/MICHAEL/OWENS/
ALIAS NAME:OLIVER/MICHAEL//
ALIAS NAME:OLIVER/MICHAEL/OWEN/
ALIAS NAME:OLIVER/MICHEAL/OWEN/

WARRANT CONFIRMED AND VALID - FOR BOND, PICKUP, AND COURT
APPEARANCE INFORMATION CONTACT MI8202210-MSP METRO SOUTH POST

ENTERED LEIN:05/23/2019 1532 HRS
MODIFIED LEIN:05/23/2019 2023 HRS
SYSIDNO:47425909
*********************************************

75867
A NCIC 3504 15521 05/26/19 1534 DDBGCOMP.
MI8234996

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MKE/WANTED PERSON
EXL/4 - NO EXTRADITION - INSTATE PICK-UP ONLY. SEE MIS FIELD FOR LIMITS
ORI/PA0020000 NAM/OLIVER,MICHAEL OWEN SEX/M RAC/B POB/MI
DOB/19931022 HGT/509 WGT/150 EYE/BRO HAI/BLK FBI/592473NC2
SMT/TAT L ARM
MNU/OA-PA45456579 SOC/[redacted]
OFF/FAILURE TO APPEAR - SEE MIS - PRELIM HRG
OOC/IDENTITY THEFT
DOW/20180920 OCA/02-CR-0011238-2018
WNO/CPCMS702926943
VLD/20181206
MIS/ORIGINAL CHARGES: IDENTITY THEFT, THEFT BY UNLAW TAKING MOVABLE PROP, ACCESS
MIS/ DEVICE USED TO OBT OR ATT OBT PROP/SERVICE, RECEIVING STOLEN PROPERTY
MIS/WARRANT PA ONLY
DNA/N
ORI IS ALLEGHENY COUNTY SHERIFFS OFFICE 412 350-4714
AKA/FOXX,MICHAEL OWENS
AKA/OLIVER,MICHAEL OWENS
AKA/OLIVER,MICHEAL OWEN
SMT/TAT LF ARM
SMT/TAT NECK
SMT/TAT R ARM
SMT/TAT RF ARM
MNU/OA-MI2842728H
NIC/W184892383 DTE/20180920 1116 EDT DLU/20181206 1222 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

# Wayne County Prosecutor's Office Witness List

The People of the State of Michigan

Circuit Court No.

vs.
Michael Oliver

Recorder's Court No.
Detroit Case No.

Zenell B Brown
Clerk of Recorder's Court

Cathy M. Garrett
Wayne County Clerk

Attorney for Defendant

The names and residences of the witnesses for the People in the above-entitled cause are listed below. The witnesses the People intend to produce at trial, pursuant to MCLA 767.40a(3), are designated by an "X" in the boxes to the left.

| | NAMES | RESIDENCES |
|---|---|---|
| ☐ | Stephen Cassani | 1089 Dundee Dr, Canton MI 48188 |
| ☐ | PO C. Potts | 3rd Precinct |
| | Joseph Dabliz | Crime Intel |
| ☐ | Det. Stevie Posey | 3 PDU |
| ☐ | Det. Donald Bussa | 3 PDU |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |

O.I.C. Det. Donald Bussa
Investigative Operations/3rd Precinct Detective Unit
Detroit Police Department
2875 W. Grand Blvd, Detroit Michigan 48202
(313) 596-5344

| | Date: | | Date: |
|---|---|---|---|
| Warrant APA | | Trial APA-Final Witness List | |