IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL OLIVER,
    Plaintiff,                                  CASE NO.: 2:20-cv-12711-LJM-DRG
                                           HON. LAURIE J. MICHELSON

v

DONALD BUSSA, In his individual and
official capacity and the CITY OF DETROIT,
Jointly and Severally,

    Defendants.
_____/

**ORDER GRANTING IN PART MOTION FOR LEAVE TO FILE
EXCESS PAGES UNDER L.R. 7.1(d)(3)(A)**

This matter having come before the Court on Plaintiff Michael Oliver's ex parte motion to exceed the 25-page limit for his brief in opposition to Defendants' motion for summary judgment,

**IT IS HEREBY ORDERED** that good cause exists and Plaintiff is granted leave, pursuant to E.D. Mich. L.R. 7. 1(d)(3), to file a response brief of no more than 30 pages.

**SO ORDERED.**

Dated: April 3, 2023

                                                      s/Laurie J. Michelson
                                                      LAURIE J. MICHELSON
                                                      UNITED STATES DISTRICT JUDGE