UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL OLIVER,

    Plaintiff,

-vs-

CASE NO.  20-12711
HON. LAURIE J. MICHELSON

CITY OF DETROIT, a municipal corporation, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.

| | |
|---|---|
| DAVID A. ROBINSON (P38754)<br>BRANDON MCNEAL (P81300)<br>Robinson and Associates, P.C.<br>Attorneys for Plaintiff<br>28145 Greenfield Rd., Suite 100<br>Southfield, MI 48076<br>(248) 423-7234<br>davidrobinsonlaw@gmail.com | PATRICK M. CUNNINGHAM (P67643)<br>City of Detroit Law Department<br>Attorneys for City of Detroit and Bussa<br>2 Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-5032<br>cunninghamp@detroitmi.gov |
| THOMAS E. KUHN (P37924)<br>Co-Counsel for Plaintiff<br>615 Griswold Street, Ste. 515<br>Detroit, MI 48226<br>(313) 963-522<br>tekuhn@ahol.com | |

**2ⁿᵈ STIPULATED ORDER FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO SUMMARY JUDGMENT MOTION**

The parties have stipulated to the existence of good cause for the extension of deadlines for Plaintiff's response to Defendants' Motion for Summary Judgment (ECF No. 43), and Defendants' reply. The court is fully advised in the premises, accordingly:

IT IS ORDERED that Plaintiff shall file his response to Defendants' Motion for Summary Judgment by April 14, 2023 and Defendants shall file their reply by April 28, 2023.

SO ORDERED.

Dated: April 3, 2023

> s/Laurie J. Michelson
> LAURIE J. MICHELSON
> UNITED STATES DISTRICT JUDGE

I stipulate to the entry of the order above:

| /s/ David A. Robinson | /s/ Patrick M. Cunningham |
|---|---|
| DAVID A. ROBINSON (P38754) | PATRICK M. CUNNINGHAM (P67643) |