CR No: 190009731

**FERNDALE PD**
310 E. NINE MILE RD.
FERNDALE, MI 48220
248 541-3650

*POLICE DEPT.*

## Case Report

### Administrative Details

| CR No | Subject |
|---|---|
| 190009731 | C3040 - Felony Arrest Warrant - Other Jurisdiction |
| Report Date/Time | Occurrence Date/Time |
| 07/31/2019 06:35 | 07/31/2019 06:35 |
| Location | Call Source |
| HILTON RD&E BRECKENRIDGE ST | FOP |
| Dispatched Offense | Verified Offense |
| C3040 Felony Arrest Warrant - Other Jurisdiction | C3040 Felony Arrest Warrant - Other Jurisdiction |
| County | City/Twp/Village |
| 63 - Oakland | 81 - Ferndale |
| Division | |
| Patrol | |

### Action Requested

[ ] Arrest warrant           [ ] Review only

[ ] Search warrant           [ ] Forfeiture

[ ] Juvenile petition        [ ] Other

CR No: 190009731

## Offenses

### C3040 - Felony Arrest Warrant - Other Jurisdiction [FEDEWOLLEYS (49867)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| / | | |
| Crime Against | Location Type | Offense Completed |
| | 13 - Highway/Road/Alley/Sidewalk | Completed |
| Domestic Violence | Hate/Bias | Cargo Theft |
| No | 00 - None (No Bias) | |
| Using | | |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

## People

### OLIVER, MICHAEL OWENS (A-ARRESTEE) [FEDEWOLLEYS (49867)]

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| OLIVER | MICHAEL | OWENS | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | O416603671815 | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 10/22/1993 (25) | M | BLACK | | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 5' 9" | 140 | |

| Held For | Finger Prints | Photos | Miranda Read | Miranda Waived | Number of Warrants | FBI# |
|---|---|---|---|---|---|---|
| | No | No | No | No | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 15711 BIRWOOD ST | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| DETROIT | MI | 48238-1028 | UNKNOWN | |

### Arrest Information

| Offenses | Details |
|---|---|
| C3040 - Felony Arrest Warrant - Other Jurisdiction | Arrest Date/Time: 07/31/2019 06:35<br>Location: HILTON & E BRECKENRIDGE<br>Arrest#: 2019-547<br>Arrest Type: Taken Into Custody<br>OWI Arrest/BAC:<br>Offense Type: Felony<br>Count:<br>Arresting Officer 1: FEDEWOLLEYS (DEWOLLEY, SCOTT 49867) |

| MultiClearance | MultiClearance Offense | Armed With |
|---|---|---|
| N - Not Applicable | | 01 - Unarmed |

### BODENDORFER, NATHAN (O-OTHER) (L-LAW ENFORCEMENT OFFICER) [FEDEWOLLEYS (49867)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | Bodendorfer | Nathan | | | OFFICER |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 310 E. Nine Mile Rd. | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Ferndale | MI | 48220 | | |

### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248 541-3650 |

### COYLE, ZACHARY (O-OTHER) (L-LAW ENFORCEMENT OFFICER) [FEDEWOLLEYS (49867)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | Coyle | Zachary | | | |

CR No: 190009731

| Street Address | | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|---|
| 310 E. Nine Mile Rd. | | | OAKLAND | USA | | |
| City | State | Zip | | Cell Phone | Email | |
| Ferndale | MI | 48220 | | | | |

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248 541-3650 |

**DEWOLLEY, SCOTT (O-OTHER) (L-LAW ENFORCEMENT OFFICER) [FEDEWOLLEYS (49867)]**

| PE: | W.Type: | Last Name | | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|---|
| | | Dewolley | | Scott | | | | | OFFICER |
| DOB (Age) | | Sex | Race | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship | |
| | | | UNKNOWN | | | | | | |
| Street Address | | | Apt # | County | | Country | Home Phone | Work Phone | |
| 310 E. Nine Mile Rd. | | | | OAKLAND | | USA | | | |
| City | | | State | Zip | | Cell Phone | Email | | |
| Ferndale | | | MI | 48220 | | | | | |

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248 541-3650 |

**Property**

**3501 - Automobile/Car/Vehicle (not Stolen Or Recovered) 5403 [FEDEWOLLEYS (49867)]**

| Property Class | | IBR Type | | UCR Type | | |
|---|---|---|---|---|---|---|
| 03 | | 03 - Automobiles | | V - Other Vehicle (not Stolen or Recovered) | | |
| Status | | | | | Count | Value |
| X - Impounded | | | | | 1 | 1 |
| Manufacturer | Model | | Serial No. | | License No. | Color |
| CHEVROLET | TRAX | | 3GNCJLSB5GL203450 | | ECA3684 | |
| Vehicle Year | Body Style | | | State | License Year | |
| 2016 | | | | MI | 2020 | |
| Description | | | Disposition | | Evidence Tag | |
| VEHICLE | | | | | | |
| Recovered Date/Time | Location | | Owner | | | |
| | | | D, | | | |

**Narrative**

**CR No: 190009731-001  Written By: FEDEWOLLEYS (49867)  Date: 07/31/2019 07:21 AM**

REPORT WRITER: OFC. DEWOLLEY #629

SUMMARY:

    On 07/31/2019 at approximately 0635 hours, I was on routine patrol in P67 on Hilton near University when I observed a 2016 White Chevrolet Trax (MI LP #ECA3684) traveling northbound at a high rate of speed which my radar confirmed 45 MPH in a posted 30 MPH zone.

CR No: 190009731

I initiated a traffic stop on the vehicle at Hilton and E Breckenridge. The driver identified himself with his MI Identification card as Michael Owens Oliver (B/M, 25 YOA). A LEIN/SOS checked revealed that Oliver had a outstanding Felony Warrant out of Detroit for Larceny From a Person (OCA #1905150273). I arrested Oliver (BB/DL/TC) on the warrant, searched him and secured him in the rear seat of P67. I transported Oliver to the FPD where he was processed and lodged without incident. Ofc. Coyle impounded the vehicle to Monaghan's Tow Yard.

## TRAFFIC STOP:

On 07/31/2019 at approximately 0625 hours, I was on routine patrol in P67 when I observed a 2016 White Chevrolet Trax (MI LP #ECA3684) traveling northbound on Hilton at a high rate of speed which my radar confirmed as 45 MPH in a posted 30 MPH zone. I initiated the traffic stop at Hilton and E Breckenridge where the driver identified himself as Michael Owens Oliver with his MI Identification card. A LEIN/SOS check revealed that Oliver had a Felony warrant out of Detroit for Larceny From a Person.

## ARREST:

I advised Oliver he was under arrest for an outstanding Felony Warrant out of Detroit for Larceny from a Person. I placed him in handcuffs (BB/DL/TC) searched and secured him in the rear seat of P67. I transported Oliver to the FPD where he was processed and lodged without incident.

## IMPOUND:

Ofc. Coyle impounded the vehicle to Monaghan's Tow Yard.

## BWC/DVRS:

My BWC/DVRS was fully functional and activated during the arrest.