## AFFIDAVIT OF PLAINTIFF MICHAEL OLIVER

I, Michael Oliver, do hereby swear and affirm:

1. I am the Plaintiff in this cause of action and a 28 year old African American man with a young child.

2. On July 19, 2019, at about 6:35 am., I was on my way to work when I was stopped by a Ferndale police officer.

3. I was searched and taken to the Ferndale Police station and searched again.

4. I was told there was an arrest warrant out for me for a felony larceny.

5. I was unaware why there would be an arrest warrant for me as I had committed no crime.

6. I was told the Detroit police would be arriving to pick me up.

7. DPD arrived sometime later and drove me to the Detroit detention center.

8. I was in custody under arrest for nearly 3 days wherein I was arraigned on the charges.

9. At no time was I ever offered to opportunity to make a statement or protest my innocence.

10. After several court appearances I was released from the charges based on a request by the Wayne County prosecutor, as I my earlier identification was simply wrong as I had no involvement in crime with victim Cassini.

11. It is my understanding that the prosecutor compared my likeness to the actual perpetrator and it was clear I was not the perpetrator.

12. It is also my understanding that the witness Cassini also agreed I was not the perpetrator.

13. Even tough I was not guilty of any crime, I was violated on my probation which was extended for a year.

14. If I had been given the opportunity to make a statement and be provided an opportunity to look at a photo of the perpetrator I would have loudly protested my innocence.

15. I was never a student of the victim Mr. Cassini.

16. I understand the victim, Mr. Cassini, told the responding police he knew the person who snatched his phone since it was a former student possibly named "Terry."

17. I also heard the victim, Mr. Cassini, testify at the preliminary examination he recognized his other student, Andre Jackson, who was with the perpetrator at the time he committed crime.

18. I was never in the area of the fight observed by Mr. Cassini and never stole anything from him.

19. On July 31, 2019 I was 25 years old and at least 7 years passed high school age.

20. I further understand that in the nation there have been 4 African American men wrongfully arrested based on misidentification following a facial recognition search.

FURTHER, AFFIANT SAITH NOT.

*[signature]*

Michael Oliver

Signed and sworn before me this 12th day of April, 2023.

_____, NOTARY PUBLIC

WASHTENAW _____ acting in Oakland County, MI

My commission expires: 11-5-2025

```
DAVID A. ROBINSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WASHTENAW
My Commission Expires Nov. 5, 2025
Acting in the County of OAKLAND
```