**REAL TIME CRIME CENTER CRIME FACIAL RECOGNITION**  Page 1 of 2

| | |
|---|---|
| **INTEL #:** | 19-1094 |
| **REPORT NUMBER:** | 1905150273 |
| **CRIME:** | Larceny |
| **REQUESTER:** | Detective Don Bussa |
| **REASON:** | ☐ Consent<br>☒ Reasonable Suspicion of A Crime<br>☐ Physical Incapacity/Mental Incapacity/At-Risk Person/Deceased Person<br>☐ Comparison to Multiple IDs<br>☐ Identification of Other Persons of Interest<br>☐ Other (Please Specify): |

| | ORIGINAL IMAGE | INQUIRY IMAGE | INVESTIGATIVE LEAD |
|---|---|---|---|
| **IMAGES:** | | | |
| **IMAGE SOURCE:** | Detective Don Bussa | Cropped | MICIJIN |
| **IMAGE MODIFICATIONS:** | None | Cropped | None |

| | |
|---|---|
| **NAME:** | Michael Owen Oliver |
| **ALIAS:** | AKA/F0XX,MICHAEL OWENS<br>AKA/OLIVER,MICHAEL OWENS |
| **DOB:** | [redacted] |
| **SID #:** | 2842728H |
| **FBI/UCN #:** | N/A |
| **DL/PID #:** | OLN: O416603671815 |
| **SOCIAL MEDIA:** | Facebook: Michael Oliver<br>Facebook ID: 1558561395 |

**DISCLAIMER:** The result of a facial recognition search provided by the Detroit Police Department is only an investigative lead and is NOT TO BE CONSIDERED A POSITIVE IDENTIFICATION OF ANY SUBJECT. Any possible connection or involvement of any subject to the investigation must be determined through further investigation and investigative resources.

*CRIME INTELLIGENCE UNIT*
CrimeIntelligenceBureau@detroitmi.gov 313-596-2250