# Exhibit 8, Video Of The Crime In Progress

**(To be filed in the Traditional Manner)**