**COUNTY OF WAYNE**
**OFFICE OF THE PROSECUTING ATTORNEY**
DETROIT, MICHIGAN

○ Inmate or Escapee  ○ Federal Detainer  ○ Extradition
Capias (Dates) _____
Competency Referral (Dates) _____
Incompetent (Dates) _____
Competent (Dates) _____

SCANNED AUG 13 2020

2019711009
OLIVER, MICHAEL OWENS
LFP, HAB 2ND
APA M KAZYAK 07/15/2019

Trial Deadline Date _____

## PERSONNEL
EXAMINATION APA: C. Wright
EXAMINATION JUDGE: Wagner W
DEFENSE COUNSEL: Nynhuis

## PROCEEDING DATES
PCC, PCC/COMPETENCY HEARING: 8/12/19
EXAMINATION: 8/26/19
EXAMINATION COMPLETED ON: 8/26/19

## ACTIONS
○ Adjourned for Forensic
○ Waived, Bound Over
● Held, Bound Over
○ Charges Changed to _____
○ Dismissed, No Testimony
○ Dismissed after Testimony
Other _____

Date
○ HABITUAL FILED _____
DOCKET ATTORNEY: B. Surma
AOI JUDGE: Bill
DEFENSE COUNSEL: NYENHUIS 313-244-3500

ARRAIGNMENT ON INFORMATION: 9/9/19
Diversion/HYTA   Date
○ Referred
○ Next Action
○ Accepted
○ Rejected
○ Revoked
○ Completion/Review

PLEA AUTHORIZED:
Att Ct. 1
S/A 2 yrs probation

## PRETRIAL
PRETRIAL JUDGE: Walker, Shannon
PRETRIAL APA: _____
DEFENSE COUNSEL: _____

CALENDAR CONFERENCE DATE: 9-13-19
MOTION HEARING DATE: _____
FINAL CONFERENCE: _____

MOTION: Nolle Pros   RULING: granted   DATE: 10-23-19

○ Criminal Responsibility Referral on _____

## GUILTY PLEA
PLEA APA: _____
PLEA JUDGE: _____
DEFENSE COUNSEL: _____

PLEA STAGE
○ Arraignment on Information
○ Pretrial
○ Trial
PLEA DATE: _____

GUILTY PLEA TO:
Dismissed by TT
Video clearly shows
∆ is not perp

○ Dismissal Result of Plea on Files

## TRIAL
TRIAL APA: _____
TRIAL JUDGE: _____
DEFENSE COUNSEL: _____

TRIAL DATE: _____
VERDICT DATE: _____

○ Jury  ○ GBMI  ○ NGRI  ___ # Trial Days
○ Waiver  ○ Directed Verdict/Not Guilty
○ Plea as Charged  ○ Guilty as Charged  ○ Not Guilty
○ Guilty of _____
○ Hung Jury/Mistrial (Date)
○ Other _____

## SENTENCE
SENTENCING APA: _____
SENTENCING JUDGE: _____
DEFENSE COUNSEL: _____

SENTENCING DATE: _____

SENTENCED TO: _____

○ CONSECUTIVE TO _____

(Rev. 11/18)

19.00798.1