Nathan James Lloyd Howell  30(b)(6)
08/23/2022  Page 15

1  corroborate it as it's just an investigative lead.
2  Q.  Now, how long have you been a crime analyst?
3  A.  I've been a crime analyst for 4 years and roughly 2 1/2
4  weeks, 3 weeks.
5  Q.  And what you just described as the procedure in 2019,
6  was that the same procedure with the review?
7  A.  The review process?
8  Q.  Yes, by other --
9  A.  I don't remember to be honest with you.
10 Q.  Okay.  So, now, you have received training in the use of
11  facial recognition?
12 A.  Yes, sir, from the FBI.
13 Q.  And did you receive any training outside of the FBI?
14 A.  No, sir.
15 Q.  And what did your training consist of?
16 A.  It was what to look for in the still image of a face
17  when comparing it to other faces for positive lead
18  identification.
19 Q.  Okay.  Did you receive any understanding in that FBI
20  training of inherent biases with the use with regard to
21  facial recognition in people of color?
22 A.  They taught us what to look for but I don't recall them
23  teaching us inherent bias in the course that we took.
24 Q.  Did you receive any documents during that training?
25 A.  Yes, I received -- because they were talking about how

