Joseph Dablitz
09/12/2022
Page 27

| | | |
|---|---|---|
| 1 | | crimes, right? |
| 2 | A. | No. |
| 3 | Q. | The majority of crimes that you investigated had to |
| 4 | | be Detroit crimes, right? |
| 5 | A. | Well, the majority, yes. |
| 6 | Q. | Okay. |
| 7 | A. | But I have done -- |
| 8 | Q. | Substantial majority for the most part? |
| 9 | A. | I have done other crimes outside of the city. |
| 10 | Q. | Substantial majority were Detroit, right? |
| 11 | A. | Yes. |
| 12 | Q. | You worked in Detroit, okay. So did the department |
| 13 | | ever come to you with any sort of written policy or |
| 14 | | directive or memo or discussion or conference to you |
| 15 | | to say, Officer Dablitz, you have to be concerned |
| 16 | | when you run facial recognition that -- of image |
| 17 | | quality? |
| 18 | A. | At some point after this particular -- after this |
| 19 | | date, of whatever date this was. |
| 20 | Q. | July of 2019. |
| 21 | A. | July. After this date the department did come out |
| 22 | | with a directive and did come out with training. |
| 23 | | But after this I had left crime intel and went to |
| 24 | | fugitive apprehension. |
| 25 | Q. | What training did they come out with after? |



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Joseph Dablitz
09/12/2022
Page 28

| | | |
|---|---|---|
| 1 | A. | I don't remember who put it on, but DataWorks |
| 2 | | actually sent some federal officers to Detroit to do |
| 3 | | the training here at headquarters. |
| 4 | Q. | About facial recognition and how you were actually |
| 5 | | supposed to be concerned about image quality and |
| 6 | | pixelation? |
| 7 | A. | I don't remember the exact training and it was a |
| 8 | | weeklong training. |
| 9 | Q. | Did you get the training? You didn't get it? |
| 10 | A. | I got that training, yes. |
| 11 | Q. | When? |
| 12 | A. | It was -- |
| 13 | Q. | Substantially after 2019? |
| 14 | A. | Yes. It was probably 2000 -- it might have been in |
| 15 | | 2019 after this. |
| 16 | Q. | But it was after? |
| 17 | A. | Yes. |
| 18 | Q. | Okay. And did you also run the image that was |
| 19 | | provided to you in the larceny that occurred at the |
| 20 | | Shinola Business, do you recall that one? |
| 21 | A. | No, I had nothing to do with that one. |
| 22 | Q. | So prior to your training you had no clue as to the |
| 23 | | relationship between the inputting and probe image |
| 24 | | into the facial recognition system and the quality |
| 25 | | of that image itself, correct? You can say yes. |



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100