UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL OLIVER,**

    Plaintiff,                               CASE NO. 20-cv-12711
                                              HON. LAURIE J MICHELSON

v.

**DONALD BUSSA, In his
individual and official capacity,
and CITY OF DETROIT,
Jointly and Severally,**

    Defendants,
_____/

| **DAVID A. ROBINSON (P 38754)** | **PATRICK M CUNNINGHAM (P67643)** |
|---|---|
| **ROBINSON & ASSOCIATES, P.C.** | **CITY OF DETROIT LAW DEPARTMENT** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |
| 28145 Greenfield Rd., Suite 100 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 423-7234 | (313) 237-5032 |
| davidrobinsonlaw@gmail.com | cunninghamp@detroitmi.gov |

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
1595 Pebble Point Drive
Troy, MI 48085
313.974-6605; fax 313.963.9061
tekuhn@aol.com
_____/

## EX PARTE MOTION FOR LEAVE TO FILE
## EXHIBIT #8 IN THE TRADITIONAL MANNER

NOW COMES the Plaintiff, and pursuant to the Electronic Filling Policies and Procedures, seeks leave of this Court to file exhibit (8) in the traditional manner.

The exhibit will be used in support of Plaintiff's Response and Brief In Opposition To Defendants' Motion for Summary Judgment (ECF 43, PageID.438), and cannot be authentically converted to electronic form for the following reason as it contains audio/video files. The exhibit is as follows:

1. *Exhibit 8- Video Of the Crime In Progress*

For the foregoing reasons, the Plaintiff respectfully requests that this Court grant the leave sought in this motion.

Respectfully submitted,

/s/ David A. Robinson
DAVID A. ROBINSON (P38754)
THOMAS E. KUHN (P37924)
BRANDON MCNEAL (P81300)
Attorneys for Plaintiff
28145 Greenfield Rd, Suite 100
Southfield, Michigan 48076
davidrobinsonlaw@gmail.com

Dated: April 13, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing document and accompanying exhibits with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

By:  /s/ David A. Robinson

Dated: April 13, 2023