UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL OLIVER,**

    Plaintiff,                                 **CASE NO. 20-cv-12711**
                                                       **HON. LAURIE J MICHELSON**

v.

**DONALD BUSSA, In his
individual and official capacity,
and CITY OF DETROIT,
Jointly and Severally,**

    Defendants,
_____/

| | |
|---|---|
| **DAVID A. ROBINSON (P 38754)** | **PATRICK M CUNNINGHAM (P67643)** |
| **ROBINSON & ASSOCIATES, P.C.** | **CITY OF DETROIT LAW DEPARTMENT** |
| Attorney for Plaintiff | Attorneys for Defendant City of Detroit |
| 28145 Greenfield Rd., Suite 100 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 423-7234 | (313) 237-5032 |
| davidrobinsonlaw@gmail.com | cunninghamp@detroitmi.gov |

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
1595 Pebble Point Drive
Troy, MI 48085
313.974-6605; fax 313.963.9061
tekuhn@aol.com
_____/

**PLAINTIFF'S REVISED INDEX OF EXHIBIT LIST TO INCLUDE
EXHIBIT# 15 TO PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

     NOW COMES the Plaintiff, and pursuant to the Electronic Filling Policies

and Procedures, and submits Plaintiff's Revised Index of Exhibits (**1-15**) to

include **Exhibit #15** (attached).

The exhibit will be used in support of Plaintiff's Response and Brief In Opposition (ECF 49, PageID.736) to Defendants' Motion for Summary Judgment (ECF 43, PageID.438).  The exhibit is as follows:

1. ***Plaintiff's Revised Index of Exhibits***

2. ***Exhibit #15-DPD FR Policy***

                                           Respectfully submitted,

                                           /s/ David A. Robinson
                                           DAVID A. ROBINSON (P38754)
                                           THOMAS E. KUHN (P37924)
                                           BRANDON MCNEAL (P81300)
                                           Attorneys for Plaintiff
                                           28145 Greenfield Rd, Suite 100
Dated: April 14, 2023                   Southfield, Michigan 48076
                                           davidrobinsonlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically filed the foregoing document and accompanying exhibits with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

    By:  /s/ David A. Robinson

    Dated: April 14, 2023

## OLIVER'S REVISED INDEX OF EXHIBITS

1. Article Washington Post

2. Plaintiff's Complaint

3. Ferndale police report &

4. Michael Oliver Affidavit

5. Probe Image Of The Perpetrator

6. Deposition of Jack Fennessey

7. DPD Eyewitness Identification and Lineups

8. Video Of the Crime In Progress

9. Color Photo of the Perpetrator Friend, Andre Jackson

10. Plaintiff's Arms Tattoos

11. WCPO Case File

12. Deposition James Lloyd Howell

13. Deposition of Joseph Dablitz

15. DPD FR Policy