UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael Oliver,

                Plaintiff(s),

v.                                                Case No. 2:20−cv−12711−LJM−DRG
                                                Hon. Laurie J. Michelson

Detroit, City of, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                s/Laurie J. Michelson
                                                Laurie J. Michelson
                                                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/Erica L Parkin
                                                Case Manager

Dated:   November 17, 2023