UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL OLIVER,

    Plaintiff,

-vs-

CITY OF DETROIT, a municipal corporation, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.

CASE NO. 20-12711
HON. LAURIE J. MICHELSON

| | |
|---|---|
| DAVID A. ROBINSON (P38754)<br>Robinson and Associates, P.C.<br>Attorneys for Plaintiff<br>28145 Greenfield Rd., Suite 100<br>Southfield, MI 48076<br>(248) 423-7234<br>davidrobinsonlaw@gmail.com | PATRICK M. CUNNINGHAM (P67643)<br>City of Detroit Law Department<br>Attorneys for City of Detroit and Bussa<br>2 Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-5032<br>cunninghamp@detroitmi.gov |

**STIPULATED ORDER OF DISMISSAL**

Upon the stipulation of the parties:

IT IS ORDERED that Plaintiff's claims are dismissed with prejudice and without costs or fees to any party.

SO ORDERED.

Dated: August 22, 2024

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

I stipulate to the entry of the order above:

*/s/ David A. Robinson*                      */s/ Patrick M. Cunningham*
DAVID A. ROBINSON (P38754)      PATRICK M. CUNNINGHAM (P67643)